UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TIMOTHY JAMES O'BRIEN,                                      :
                          Plaintiff,                        :
                                                            :                24 Civ. 1145 (LGS)
              -against-                                     :
                                                            :                ORDER
SENSIO, INC.,                                               :
                          Defendant.                        :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order dated May 10, 2024, adjourned the initial pretrial conference to May 29, 2024, and directed the parties to file their joint letter and proposed case management plan by May 15, 2024, if Plaintiff was in communication with Defendant at that time, or for Plaintiff to file a status letter requesting further adjournment of the conference if Plaintiff was not in communication with Defendant.

      WHEREAS, on May 15, 2024, Defendant appeared in this action and filed an answer to the Complaint.

      WHEREAS, on May 14, 2024, the parties filed a proposed case management plan but did not file a joint letter. The case management plan is not signed by counsel for either party. It is hereby

      **ORDERED** that by **May 22, 2024,** the parties shall file (1) the required joint letter and (2) the proposed case management plan with proper signatures from counsel for each party on the lines appearing on the fifth page.

Dated: May 16, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**