UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIMOTHY JAMES O'BRIEN,

                  Plaintiff,

-against-

SENSIO, INC.,

                  Defendant.
------------------------------------------------------------X

24 Civ. 1145 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a conference to discuss the status of settlement and a potential trial date was held on June 3, 2025. As discussed at the conference, it is hereby

    **ORDERED** that this action will be placed in first place on the Court's December 15, 2025, trial calendar. A trial-ready order will issue separately. It is further

    **ORDERED** that, within **one week** of the parties' first mediation session, the parties shall file a letter on the status of settlement.

Dated: June 3, 2025
       New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE