UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIMOTHY JAMES O'BRIEN,
                          Plaintiff,

-against-

SENSIO, INC.,
                          Defendant.
------------------------------------------------------------X

24 Civ. 1145 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated June 3, 2025 directed the parties to file a letter regarding the status of settlement within one week of the parties' first mediation session;

WHEREAS, no letter has been filed. It is hereby

**ORDERED** that the parties shall a letter regarding the status of settlement by **September 19, 2025**.

Dated: September 17, 2025
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**